# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Marcus Antoine Wilson **,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner), | ) | 1:14-cv-00005 |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Kalinski , et al**,** | ) | |
| Respondent (s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 10, 2014 Order.

February 10, 2014

Frank G. Johns, Clerk
United States District Court